## 62434. MADIGAN v. THE STATE.

Carley, Judge.

In *Madigan v. State,* 160 Ga. App. 656 (288 SE2d 34) (1981), we reversed appellant's conviction and remanded the case with direction. On certiorari, the judgment of this Court was reversed. *State v. Madigan,* 249 Ga. 571 (292 SE2d 406) (1982). The judgment of the Supreme Court is made the judgment of this Court and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, P. J., and Banke, J., concur.*

Decided September 13, 1982.

*Andrew J. Whalen III,* for appellant.
*Johnnie L. Caldwell, Jr., District Attorney, J. David Fowler, Paschal A. English, Jr., Assistant District Attorneys,* for appellee.